# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION -- LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>JAMELE WYDALE MUNDY,<br>    Defendant. | CRIMINAL NO. 5:14-CR-35-KKC<br><br><br>**ORDER** |

    This matter is before the Court on the recommended disposition of United States Magistrate Judge Robert E. Wier concerning Defendant Jamele Wydale Mundy's reported violations of supervised release conditions. (DE 50.) The matter was referred to Magistrate Judge Wier to conduct a final revocation hearing and issue a recommendation.

    Magistrate Judge Wier conducted the final revocation hearing on June 8, 2018 (DE 48) and issued a recommended disposition on June 12, 2018. (DE 50).

    Mundy has now waived his right to appear before a district judge and to make a statement and present information in mitigation. (DE 49). In his waiver, Mundy stated that if the United States objected to the recommended disposition, or if the Court determined not to adopt the recommended disposition, she would withdraw his waiver. The United States did not object to Magistrate Judge Wier's recommended disposition.

    Accordingly, and with the Court otherwise being sufficiently advised, it is hereby **ORDERED** that the recommended disposition (DE 48) is **ADOPTED** as the Court's opinion. Judgment consistent with the recommendation will be entered.

    Dated July 24, 2018.

*Karen K. Caldwell*
KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY